

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2021

No. 04-20-00600-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES, JR., AN INCAPACITATED PERSON**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081-L2-B
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file Brief is hereby GRANTED. The Appellant's Brief is due April 14, 2021.

It is so **ORDERED** on March 16, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court